# Certificate of Debtor Education

I certify that on 10/14/2026, Alecia Hooper

completed a course on personal financial management given by Sage Personal Finance,

an approved provider of debtor education in the Northern District of Alabama .

Case number: 26-71329

Certificate number: ALN26-713295079922

Signed: /s/ Allison Geving, Ph.D.

Title: President, Sage Personal Finance